JOHN AUSTIN VS. JOHN DENNIS AND JOHN CALDER 
HENRY CLARK VS. JOHN DENNIS AND JOHN CALDER } 1744

And the Respond^ts Comes into Court and defends and says that true it is in the Cruise afores^d they took the Prize and the Moneys afores^d were divided according to the Articles afores^d, And that afterwards the Proponents (with others) having raised a Mutiny on Board was at his Own Request set a shore on Nomans Key and his share taken from him, it being forfeited according to the Articles, And as to the Pretended Corporal Punishment, they say none was inflicted on the Proponent. And thereupon they pray the Advisement of this Hon^ble Court and to be dismist with Costs.

Tho^s Ward Adv^t pro Resp^t

[Admiralty Papers, II, 53]

COLONY OF R<sup>D</sup> ISLAND, ETC. CURIA ADMIRALITATIS. At a Court of Vice Admiralty held at Newport on fryday the 27th Inst. [April] at 9 A Clock in the forenoon A. D. 1744

Before the Hon<sup>ble</sup> Leon<sup>d</sup> Lockman Esq<sup>r</sup> Judge

A Motion was made by the Respond<sup>ts</sup> for the Appele<sup>ts</sup> to Enact; but the Judge was contented With the S<sup>d</sup> Plaintiffs Security.

The Court was Adjourned till Monday the 29th Ins<sup>t</sup> 3 a Clock P. M. The Court was Open'd Accord<sup>s</sup> to Adjournm<sup>t</sup> The Libel and citations read and the Plea Patrick Rogers being Sworn in C<sup>t</sup> on Oath declared that

Jo<sup>h</sup> Austin The Morning he desired to go On Shore and the Officers consented and as he was going M<sup>r</sup> Calder desired to see what he had with him When they found he had some Money w<sup>ch</sup> was taken from him and then he refused to go, but was Obliged to go he further says he was whipt by the Comp<sup>s</sup> Quarter Master for some theft comit<sup>d</sup> some time before A Whole Share 58

John Frazier on Oath declared in Court What Knowledge of you of the Aff<sup>n</sup> betw<sup>n</sup> John Austin John Calder and John Dennis.

That John Austin was desirous to go on Shore w<sup>ch</sup> was consented to but upon taking his Money Namely 39 Dollars from him, he was not willing to go

W<sup>m</sup> Edmunds On Oath in Court declared, Wh<sup>t</sup> Knowledge have

The Boat<sup>s</sup> mate told me he the s<sup>d</sup> Austin was desirous to go On Shore which I told him I could Obtain his leave w<sup>ch</sup> was granted, but his Money being taken he refused to go,

David Robinson On Oath What Knowledge have you of any difference or disturbance that was made on board the S P f. [Ship *Prince Frederick*] the night before s<sup>d</sup> Austin was set on Shore. There was One Martin Scot he Affronted the Master The Master went into the Cabin for his cane and Struck four or five of the men and fetch'd blood of one Tho<sup>s</sup> Roe when the Comp<sup>y</sup> comp<sup>d</sup> to th<sup>r</sup> Quarter Master and the Captain came out when the Company when he discovrd the S<sup>d</sup> Q<sup>r</sup> M<sup>r</sup> giving an Acco<sup>t</sup> of it to the Cap<sup>t</sup> as usual Layd his hand on the Cap<sup>ts</sup> Breast for w<sup>ch</sup> the Cap<sup>t</sup> was very Angry, there was two men followed the Qu<sup>r</sup> M<sup>r</sup> Aft. Martin Scot and Harry Clark One of w<sup>ch</sup> Struck Cap<sup>t</sup> Dennis Cap<sup>t</sup> Dennis inform'd him.

*Q<sup>n</sup>* Was John Austin the Appell<sup>t</sup> any ways concern'd in y<sup>r</sup> Differences
*An<sup>r</sup>* No

*Q<sup>n</sup>* Do you know of his Money being taken from him by M<sup>r</sup> J. Calder and what sum
*An<sup>r</sup>* Yes thirty nine dollars by M<sup>r</sup> Calder whereof he gave him back 3 Dollars

*Q<sup>n</sup>* Did he refuse to go On Shore after his Money was taken Away
*An<sup>r</sup>* Yes Afterwards M<sup>r</sup> Calder s<sup>d</sup> he should go on A Shore and Said he sh<sup>d</sup> go into the Boat which he did and then he cryed because his money was kept from him

$Q^n$ what Place was he Put on Shore at

$Ans^r$ Normans Key A Place uninhabited

$Q^n$ Do you know w$^t$ he was whipt for

$An^r$ A man that belong$^d$ to the S. left her at Nevis and his Chest was brought upon deck and broke Open by Order of the Officers in w$^{ch}$ was Several frocks one of them claim'd by s$^d$ Austin and he laid it down upon the Round House, some of the Company Shifted it and Put Another in the Room of it, w$^{ch}$ he Afterw$^{ds}$ claimed, thinking it to be the same, then the People said you dont know Which is y$^r$ own, and you shall have none and for that was whipt, by A Vote of the whole Company.

$Q^t$ Did you See the Quar$^r$ Mas$^r$ lay his hand on the Cap$^{ts}$ Breast

$An^r$ No but the Cap$^n$ Informed him of it

$Q^t$ How many men went aft w$^h$ the Q$^r$ M$^r$ besides the two mention'd

$An^r$ Several but I do not know their Names

$Q^t$ How far is No mans Key from Tolola

$An^r$ About 5 leagues

$Q^t$ How was this Proponent dismist

$An^r$ There was Provisions sent to him and the others that went on Shore the night before

Cap$^t$ W$^m$ Allen Com$^r$ of the Brig$^t$ Prince William late in Cons$^{ts}$ w$^h$ Cap$^t$ John Dennis

$Q^t$ 1st Do you know whether A Mutiny happen'd at Normans Key on b$^d$ C: Dennis declare what you know of it

$An^r$ In the Even$^g$ I was on Board Cap$^t$ Dennis and he and I with some of his Officers being on the Round House, I heard A Disturbance forward and Cap$^t$ Denis said it was A Mutiny and I saw the Comp$^y$ come aft and Q$^r$ Master Strike Cap$^t$ Dennis with one hand whilst he held him w$^{th}$ the Other, I also heard Cap$^t$ Denis say Since they had desired to go on Shore they should, there was about forty of His hands that came aft w$^{th}$ the Q$^r$ M$^r$ at the time of Cap$^t$ Dennis being struck which was on or About the ninth of November and upon going into the Cabin and bringing out Cutlases the Mutiny ceased. And that David Robinson would have gone Ashore w$^{th}$ those Mutineers but the Officers ordered him into the Vessel and at the same time he cryed because they w$^d$ not let him go.

$Q^t$ Do you know if he the s$^d$ Robinson was one of the Mutineer

$An^r$ I Cant say he was,

M$^r$ Bull Objects against the Officers being evidence, as parties Interested — Over ruled M$^r$ Peter Marshall, M$^r$ John Gibbs, M$^r$ Rich$^d$ Clark And W$^m$ Gibbs, On Oath declared to the truth of an Instrument Drawn up by them and Produced now in Court and Signed by them all M$^r$ Marshall being Examin'd further

$Q^t$ Do you know anything of this John Austins being concern'd in the Mutiny declare what you know

*Ans^r* I was Sitting on the R^d House w^th C. Dennis and C. Allen and there being Some disturbance forward, the Master John Gibbs went forward and the disturbance continuing Cap^t Denis s^d there was a Mutiny and Jump'd of of the R^d House and the Companies Q^r Master came aft with near half the Ships Company and took hold of the Cap^t and One or two Struck at him, Whereupon I Knock'd Several of them down, which upon our taking arms and upon Several of the Officers coming to our Assistance, they went forward, Presently after w^ch the Boats^w came from on board C. Allen and went forw^d to them and soon came off, saying he w^d Stand by his Officers and told us there w^d be A mutiny, on w^ch we took our arms and I went forw^d and order'd such as w^d stand by the Vessel and Officers to come aft and take arms to defend us Ag^t the Mutineers and several did but John Austin did not come aft, and the same evening C. Dennis declared to the Company that such as would stand by the Comp^s Q^r Master might go on Shore w^th him and the s^d Q^r Mas^r and Sev^l Others went on Shore Accordingly, the next morning C. Denis made the same declar^n and then John Austin desired to go on Shore and was Accord^g sent on shore,

*Q^t* Who was it that differ'd forward before M^r Gibbs went there
*An^r* I do not know
*Q^t* Did you hear any Noise before he went forw^d
*An^r* Yes, nor did I hear any blows, but understood there had been some difference, whilst the Cap^t and Officers were on shore.
*Q^t* Did you see John Austin anyways Active, in the mutiny
*Ans^r* No, but c^d not distinguish one Person from Another it being dark
*Q^t* How many of the Mutineers were cut of besides this man
*An^r* I do not know of any one

The Court was adjourned to friday next the 4th May^th 1744. 9 AClock A M

The Court being Open'd According to Adjournm^t

The Appell^t John Austin comes into Court and withdraws his Suit Against the Respond^ts John Dennis and John Calder this 4th day of May A.D. 1744

Henry Bull Adv: Pro Appel

[Admiralty Papers, II, 54]

David Robinson On Oath in Court

David Robinson Boatswain Mate of the Prince Frederick a private man of war Cap^t John Dennis Com^r on Oath Declares that being at a place called no mans Key in the West Indies on board S^d Sloop this deponent was ordered to get a chest up in w^ch was the things belonging to Some men who had deserted S^d Sloop and a dispute arrising concerning a frock w^ch John Austin claimed and the Officers Said was not his S^d frock was put in the place where S^d Austins frock lay by Some persons unknown, and this deponent Says he

beleived Said Austin mistook it for his own and S<sup>d</sup> Austin was ordered by the Comp<sup>a</sup> and their Quartermaster to be whipt Six lashes w<sup>ch</sup> was done w<sup>ch</sup> made S<sup>d</sup> Austin very uneasy and desirous to leave the Sloop Some days afterwards about the 10th of Nov<sup>r</sup> the Master M<sup>r</sup> Gibbs having Some words w<sup>th</sup> Martin Scott then a hand on board S<sup>d</sup> Gibbs went off and then came forwards w<sup>th</sup> a cain in his hand it being dark Said where is the Raskall and Struck Several persons in his way particularly Thomas Roes upon w<sup>ch</sup> the Comp<sup>a</sup> Quartermaster w<sup>th</sup> a number of the men went aft to Cap<sup>t</sup> Dennis and heard this depo<sup>t</sup> Cap<sup>t</sup> Dennis Say that Some persons had Struck him and afterwards Saw a Cutlash w<sup>ch</sup> Cap<sup>t</sup> Dennis Said he broke in the disturbance and the Quartermaster came to desired this Dep<sup>t</sup> that he would give him his money w<sup>ch</sup> he had in his chest w<sup>ch</sup> this deponent did and the Q<sup>r</sup> Master told him he was going on Shore w<sup>th</sup> Henry Clark. he then inquired the occasion and he informed this dep<sup>t</sup> only that he must go on Shore and this depo<sup>t</sup> Said that as they had been long together if he would go on Shore he would go w<sup>th</sup> him on which many of the Comp<sup>a</sup> Said if he went they would go too on w<sup>ch</sup> this dep<sup>t</sup> was ordered on board the Sloop again and the Quartermaster came W<sup>th</sup> him but went into the canoe again and in her ashore w<sup>th</sup> Henry Clark and this deponent further Saith that he understood that M<sup>r</sup> Caulder the Cap<sup>t</sup> Quarter master had carried the money w<sup>ch</sup> S<sup>d</sup> Clark had as his part of the prize into the Cabbin and that S<sup>d</sup> Clark went on Shore without it but that he did not See it done. this deponent also Saith that John Austin afors<sup>d</sup> on the 11th of S<sup>d</sup> month being the next day was very uneasy and came to him and desired that he would get leave that he might go on Shore and that he would give him five ps of 8/8 if he could get his dismission and he Spake to the Gunner and he to the Cap<sup>t</sup> and was Informed that he had leave by the Cap<sup>t</sup> Quarter Mast<sup>r</sup> who ordered the canoe to be manned and him on board but first desir'd to See what he had to carry away least he Should have more than his own and S<sup>d</sup> Caulder took 39 ps of 8/8 w<sup>ch</sup> S<sup>d</sup> Austin bro<sup>t</sup> to him and put them into his hat and carried them into the cabbin and ordered him in the cannoe ashore but Sent him 3 ps of 8/8 by the hands of Peter Marshall the Leu<sup>t</sup> w<sup>ch</sup> I see him receive but went on Shore w<sup>th</sup> reluctancy crying and would have Staid Since they would not let him have his money with him. S<sup>d</sup> depom<sup>t</sup> was not certain it was M<sup>r</sup> Marshall who deliver'd said 3 Ps. of 8/8.

David Robinson his mark ✕

[Admiralty Papers, II, 56]

Tho<sup>s</sup> Roe being Sworn in Court
Thomas Roe A marriner on board the Sloop Prince Frederick a private man of War John Dennis Commander on Oath declares that being on board S<sup>d</sup> Sloop near an Island called nomans key in the west Indies on or about the 11th of Nov<sup>r</sup> last the night after a disturbance on board had happened. John Austin a hand on board desiring to go on Shore and the gunner came

and told him he had leave and the cannoe was ordered to be manned and John Caulder the Cap$^{ts}$ Q$^r$ master came to S$^d$ Austin and asked what money he had upon w$^{ch}$ he brought some money upon deck w$^{ch}$ the depon$^{ts}$ understood by the Company to be 58 or 59 pss 8/8 with some other money the Q$^r$ master taking Some of it and carried it into the round house and delivered to S$^d$ Austin a part w$^{ch}$ he had in his chest before they had Shared any thing as prize and Austin crying refused to go on Shore without his money but it was insisted upon and he accordingly went the Leu$^t$ Peter Marshall giving him 3 dollars as this dep$^t$ understood by the people on board but by whom it was insisted that he Should go on Shore this dep$^t$ declares he does not know And further says that he does not know that S$^d$ Austin was any way concerned in the disturbance on board but that he was in the hole at the time of the disturbance

Newport May 7th 1744 　　　　　　　　　　Sworn before

[Admiralty Papers, II, 59]

　　　Thomas Worgan a hand on board the Sloop Prince Frederick a private man of War John Dennis Com$^r$ on his Oath Declares that being on board S$^d$ Sloop at a place called Nomans Key in the West Indies on or about the 10th day of November last it being the night there had happened a disturbance on board. Will$^m$ Sweett came to him and Said that Cap$^t$ Dennis ordered him to get of the depon$^t$ the money that was put into his custody by Henry Clark and the dep$^t$ delivered the money to S$^d$ Sweett and as he was informed S$^d$ Sweett gave it to the Cap$^t$ and Said Clark informed him that the Cap$^t$ returned him Six ps. 8/8 and then ordered him on Shore as one of the hands who were concerned in the disturbance on board　Mem$^o$ Cap$^t$ Jn$^o$ Dennis and Jn$^o$ Caulder the Cap$^{ts}$ Q$^r$ Master being present objected to the above evidence the above depon$^t$ (as they alleged) being one of the persons concerned in the disturbance above mentioned.

Newport May 7th 1744. Sworn before

M$^r$ Worgan further said that M$^r$ Henry Clark had 49 Dollars taken from him

[Admiralty Papers, II, 58]

　　　Mathew Boston a marriner on board the Sloop Prince Fredrick a private man of war cap$^t$ John Dennis Comm$^r$ on Oath declares that on the 11th day of November last near a place in the west Indies called Nomans Key being on board s$^d$ Sloop Jn$^o$ Caulder Cap$^{ts}$ Q$^r$ master demanded of Jn$^o$ Austin to See what money he had in his possession alledging he might have more than he ought to have upon w$^{ch}$ S$^d$ Austin brought about 30 ps of 8/8 but does not know the Quantity exactly w$^{ch}$ money s$^d$ caulder carried in to the round house. In the morning of s$^d$ day the depon$^t$ Says that the Gunner informed him that S$^d$ Austin had upon Some disturbance on board desire'd of the Cap$^t$ to go on Shore and that leave was granted, and that Some time after

the Q<sup>r</sup> Master had carried the money into the round house Peter Marshall the Leu<sup>t</sup> ordered the canoe to be manned to carry S<sup>d</sup> Austin on Shore w<sup>ch</sup> Austin crying refused to do without his money S<sup>d</sup> Marshall offering him 3 ps 8/8 but wether he res<sup>d</sup> them or not his dep<sup>t</sup> Says he cannot tell after w<sup>ch</sup> it was insisted upon that S<sup>d</sup> Austin Should go on Shore and he went accordingly but by whom it was insisted this depon<sup>t</sup> Says he does not know and further this depon<sup>t</sup> Says that he does not know of S<sup>d</sup> Austins being concearned in the disturbance that happened the night before. Newport May 7th 1744 Sworn before

[Admiralty Papers, II, 57]

And the Defend<sup>t</sup> John Dennis comes into Court for Plea saith, that he ought to be acquitted from the within Libel for that John Calder one of the Persons against whom the Appell<sup>t</sup> hath declared and against whom the Citation was granted was not Cited to appear, and therefore by the rules of Law no further Proceedings can be had, and of this pray Judgement

J. Honeyman

[Admiralty Papers, II, 62]

And the Respondent John Dennis comes and defends and says that true it is in the Cruise afores<sup>d</sup> they took the Prize and the Moneys afores<sup>d</sup> were divided according to the afores<sup>d</sup> Articles And afterwards the Proponent with others having endeavored to raise a Mutiny on Board wherein the Proponent actually struck the Respondent whereupon he was set on Shoar at Noman's Key and his Share taken from him it being forfeite according to the s<sup>d</sup> Articles And thereupon the Respondent prays the Advisement of this honble Court and to be dismist with Costs.

J. Honyman    Advocates
Tho Ward      for the Respondt

[Admiralty Papers, II, 65]

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty held at Newport on thursday the 24th May at ten â Clock A M
Before the Hon<sup>ll</sup> Leo: Lockman Esq<sup>r</sup> Judge
The Court being Open'd and One of the Parties Namely M<sup>r</sup> John Calder not being cited nor Present at s<sup>d</sup> Court The advocates for the Respond<sup>ts</sup> moved for an Adjournment which, was agreed to and Ordered so to be by the Judge till Saturday the 26<sup>t</sup> Ins<sup>th</sup> 10 â Clock A. M.
The Court was Open'd Accordingly Libel and Cit<sup>n</sup> Read — and M<sup>r</sup> Honeyman Adv<sup>o</sup> for the Respond<sup>t</sup> made a plea that the Libel should be dismist by reason M<sup>r</sup> John Calder was not cited to Appear which was Overruled and the Judge Ordered the trial to come on, and the Court was Adjourn'd till monday morning 8 a Clock A: M

The Court being Open'd Accordingly

The Court was Adjourn'd till 3 a Clock in the Afternoon

The Court was Open'd Accordingly.

M$^r$ Honeyman Adv$^o$ for the Respond$^{ts}$ Asked M$^r$ Tho$^s$ Roe if he heard Cap$^t$ Dennis desire all or any of the persons that were inclined to go on shore with the Qua$^r$ Master to which he Answer'd he heard no such thing

To w$^{ch}$ s$^d$ Question M$^r$ Mathew Boston answer'd He Did hear Cap$^t$ Dennis say so.

The Next morning M$^r$ John Austin desired the Boatswains mate and the Gunner to Ask leave for him to go on Shore

$Q^t$  Was you in any Port After s$^d$ Austin was whipt. before you arrived at Normans Kee when M$^r$ Austin ask'd to go on shore

$Ans^r$  No — not to my knowledge

$Q^n$  How long was it before he Ask'd to go on shore that s$^d$ Austin was whip$^t$

$Ans^r$  I Reckon about a fortnight

$Q^n$  Was you at S$^t$ Christophers or Nevis during y$^r$ Cruise before you came to Normans Key

$Ans^r$  Yes and came to an Anchor there

$Q^n$  How long did you lye at S$^t$ Christophers

$An^r$  We did not lye one Day at S$^t$ Chris$^{rs}$ but waterd at Nevis

$Q^n$  Was Austin whipt before you came to S$^t$ Christ$^{rs}$ or Nevis

$An^r$  I think He was to the best of my knowledge

$Q^n$  Was s$^d$ Austin on shore at S$^t$ Chris$^{rs}$ or Nevis or did he ever desire to go on shore there

$An^r$  Not to my knowledge

$Q^n$  How come you to say that you were at No port after Austin was whip'd and afterwards upon Other Quest$^{ns}$ Acknowledged you were at S$^t$ Chris$^{rs}$ and Nevis before you came to Normans Key.

$Ans^r$  because my memory failed me

*Quest$^t$*  to M$^r$ Morgan

Who was the first Mover or Cause of the disturbance on board the Sloop Prince frederick whereof Cap$^t$ John Dennis was Comm$^r$

$Ans^r$  I did not see the first of it but I heard it was M$^r$ Gibbs by the People on board, who struck M$^r$ Scot and another man and the People Applied to the Companies Q$^r$ Master, who thereupon went aft and ask'd M$^r$ Gibbs the Reason who Asked him what business it was of his, Upon which the Q$^n$ Master replyed if he was used so he desired to go on shore.

$Q^n$  Did any of the People Join to go on shore w$^{th}$ the Q$^r$ Mas$^r$

$An^r$  Henry Clark said if the Q$^n$ Mas$^r$ went on Shore he would go with him

$Q^n$  By what means did they go on shore In A Boat or Swim on shore

*An^r* They went in one of the Barges I cant tell Justly which

*Q^n* Was the People Uneasy at M^r Gibbs's treatment for Striking M^r Scot and Tho^s Roe

*An^r* Yes

further Questions put to M^r Boston

*Q^n* Who was the first Mover or Cause of the disturbance on board the Sloop before mention'd

*An^r* M^r Gibbs who struck two or three of the hands and fetch'd blood of them and the Reason of it was the s^d Gibbs being in Liquor

Mr. Morgan

*Q^n* Was you ever put in Irons whilst you were on the Cruise in s^d Sloop

*An^r* Yes

*Q^n* What was the Occasion of it

*An^r* Some of the People went to the Cap^t and told him that David Robinson and I were agreeing to go on Shore upon which I was Put in Irons

*Q^n* Do you know when said Austin was whipt

*An^r* I think at S^t Chris^rs

*Q^n* Do you know or did you hear that Cap^t Dennis was Struck or no and by whom

*An^r* I heard he was Struck by Henry Clark

The Adv^o Plead to the Merits

[Admiralty Papers, II, 64]

May 29th 1744

COLONY OF RHODE ISLAND CURIA ADMIRALITATIS   I have carefully examined the depositions relating to the Affair between Henry Clark and Cap^t John Dennis and John Calder and given due Attention to the pleas of the Advocates on both sides. it does Plainly Appear to me that the s^d Henry Clark was aiding and Assisting in the Mutiny which happen'd on board the Sloop Prince frederick in their Cruise for which reason his share was justly forfeited for the Use of the Afores^d Sloop and Company as by their Articles of Agreement sets forth. I therefore dismiss the said Libel the said Henry Clark Paying Costs of s^d Court.                    Leonard Lockman

May 29th 1744

COLONY OF RHODE ISLAND CURIA ADMIRALITATIS   I have carefully examined the depositions relating to the Affair between Austin and Capt. John Dennis and John Calder it does no ways Appear to me that s^d Austin was concern'd in any mutiny as Alledged Against him but that he was intirely innocent, and that the thirty Nine dollars in his Possession were unjustly taken from him and ought to be restored to him, I therefore Order and decree that the said thirty Nine dollars be immediately Paid to the Register of

this Court or his Lawfull Deputy in order to be by him restored to the s$^d$ John Austin, The Defendant John Dennis Paying Cost of s$^d$ Court.

Leonard Lockman

[Admiralty Papers, II, 66]